# United States Court of Appeals for the Federal Circuit

ERRATA

August 10, 2007

Appeal Nos. 2006-1406,-1435

Honeywell International, Inc. v. Universal Avionics Systems Corp.

Decided:  July 3, 2007                          Precedential Opinion

Change the opinion as follows:

- Replace "the angular direction of an object" on page 8, line 15, with "direction."
- Omit "angular" on page 8, line 16.
- Replace "angular direction of the runway line from a point on that runway" on page 8, lines 17–18, with "direction of the runway itself."

With these changes, the two affected sentences should read as follows:

The specification and prosecution history both make clear that the patentees used the term "heading" to refer to direction from a point on a runway.  Thus, the "heading of the aircraft" is the direction of the aircraft from a point on a runway, and the "heading of the runway" is the direction of the runway itself.